| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| TODD FRIEDMAN SBN 216752<br>Law Offices of Todd M. Friedman, PC<br>21550 Oxnard St. #780<br>Woodland Hills, CA 91367<br>ATTORNEY FOR Plaintiff | (866) 598-5042 | |

First Street Federal Courthouse Los Angeles
350 W 1st Street
Los Angeles, CA 90012

SHORT TITLE OF CASE:
Bohlke, Robert v. Big Think Capital, Inc.

| DATE: | TIME: | DEP./DIV. | |
|---|---|---|---|
| | **Declaration of Service** | | CASE NUMBER:<br>2:18-cv-05500-FMO-MRW |
| | | | Ref. No. or File No:<br>L17091625ATF |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons; Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Assignment; Notice of ADR;**

On: **Big Think Capital Inc.**

I served the summons at:

**30 Broad St Fl 14   New York, NY 10004**

On: **7/3/2018**          Date:  **10:15 AM**

In the above mentioned action  by substituted service and leaving with

**Jane Doe, Jane Nia, Refused to give full name (Gender: F Age: 35 Height: 5'5" Weight: 130 Race: African American Hair: Black Other: ) - Authorized to accept**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Andre Meisel**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **175.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Andre Meisel**          Date: **07/05/2018**

Declaration of Service          Invoice #: 2078065

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **TODD FRIEDMAN SBN 216752**<br>Law Offices of Todd M. Friedman,PC<br>21550 Oxnard St. #780<br>Woodland Hills, CA 91367 | **(866) 598-5042** | |
| ATTORNEY FOR **Plaintiff** | | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Bohlke, Robert v. Big Think Capital, Inc. | | |
| DATE:    TIME:    DEP./DIV. | | CASE NUMBER:<br>2:18-cv-05500-FMO-MRW |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>L17091625ATF |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years andnot a party to the within entitled action.

On **07/05/2018**, I served the within:
**Summons; Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Assignment; Notice of ADR;**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**Big Think Capital Inc.**
**30 Broad St Fl 14   New York, NY 10004**

Declarant:

  a. Name: **Joline Mendoza**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **175.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Joline Mendoza                                Date: 07/05/2018