Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOHLKE, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>vs.<br>BIG THINK CAPITAL INC., and DOES 1 through 10, inclusive, and each of them,<br>Defendant. | Case No.<br><br>**2:18-cv-05500-FMO-MRW**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BIG THINK CAPITAL INC. ONLY.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses defendant BIG THINK CAPITAL INC. ONLY without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 5th Day of October, 2018.

By: s/Todd M. Friedman Esq.
Todd M. Friedman
Attorney For Plaintiff

Notice of Dismissal - 1

# CERTIFICATE OF SERVICE

Filed electronically on October 5  2018, with:

United States District Court CM/ECF system

Notification sent electronically on October 5  2018, to:

To the Honorable Court, all parties and their Counsel of Record

s/ Todd M. Friedman

   Todd M. Friedman